# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.

COLBY JOHN KOPP
and
ADRIANA BEATRICE SUTTON

*Defendant(s)*

Case No. 1:22-MJ-25

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 2020 - February 2021__ in the city/county of __Prince William County__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) and 846 | Conspiracy to distribute at least 40 grams of fentanyl. |

This criminal complaint is based on these facts:

SEE AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Rachael C. Tucker
*Printed name and title*

*Complainant's signature*

Brian Cramer, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone _____ *(specify reliable electronic means)*.

Date: 2/10/2022

John F. Anderson
Digitally signed by John F. Anderson
Date: 2022.02.10 15:48:31 -05'00'

*Judge's signature*

City and state: Alexandria, VA

The Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*