## Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ **Under Seal**

- City:
- County: Prince William

Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.: 1:22-MJ-25
Search Warrant Case No.:

**Judge Assigned:**
**Criminal No.**
New Defendant: X
**Arraignment Date:**
R. 20/R. 40 From:

### Defendant Information:

- **Defendant Name:** COLBY JOHN KOPP
- Alias(es):
- ☐ Juvenile   FBI No.:
- **Address:** Windsor, CT 06095
- Employment:
- **Birth Date:** X/XX/1999
- **SSN:** XXX-XX-9315
- **Sex:** Male
- **Race:** White
- Nationality:
- **Place of Birth:**
- Height:
- Weight:
- Hair: Brown
- Eyes:
- Scars/Tattoos:
- ☐ Interpreter   **Language/Dialect:**
- Auto Description:

### Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of: ___ in: ___
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

### Defense Counsel Information:

- Name:
- ☐ Court Appointed
- Counsel Conflicts:
- Address:
- ☐ Retained
- Phone:
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

### U.S. Attorney Information:

- **AUSA(s):** Rachael Tucker
- **Phone:** 703-838-2622
- Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**

Brian Cramer, FBI Special Agent

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. 841(a)(1) and | Conspiracy to distribute fentanyl. | 1 | Felony |
| Set 2: | | | | |

**Date:** 2/8/2022   **AUSA Signature:** *Rachael C. Tucker*   *may be continued on reverse*

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:**

City:
Superseding Indictment:
**Criminal No.**

County: Prince William
Same Defendant:
New Defendant: X

Magistrate Judge Case No.: 1:22-MJ-25
**Arraignment Date:**

Search Warrant Case No.:
R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** ADRIANA BEATRICE SUTTON    Alias(es):    ☐ Juvenile    FBI No.:

**Address:** Torrington, CT 06790

**Employment:**

**Birth Date:** XX/XX/95    **SSN:** XXX-XX-4320    **Sex:** Female    **Race:** African American    **Nationality:**

**Place of Birth:**    Height:    Weight:    Hair: Black    Eyes:    Scars/Tattoos:

☐ Interpreter    **Language/Dialect:**    Auto Description:

## Location/Status:

**Arrest Date:**    ☐ Already in Federal Custody as of:    in:

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

## Defense Counsel Information:

**Name:**    ☐ Court Appointed    Counsel Conflicts:

**Address:**    ☐ Retained

**Phone:**    ☐ Public Defender    ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Rachael Tucker    **Phone:** 703-838-2622    **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:

Brian Cramer, FBI Special Agent

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. 841(a)(1) and | Conspiracy to distribute fentanyl. | 1 | Felony |
| Set 2: | | | | |

**Date:** 2/8/2022    **AUSA Signature:** *Rachael C. Tucker*    *may be continued on reverse*