AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

SEP - 9 2022

United States
_____
Plaintiff

v.

Colby Kopp
_____
Defendant

Case No. 1:22-mj-25

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Colby Kopp

Date: 9-9-22

_____
Attorney's signature

Robert L. Jenkins Jr.
_____
Printed name and bar number

1010 Cameron Street
_____
Address

RJenkins@ByrumAndJenkinsLaw
_____
E-mail address

703 309 0899
_____
Telephone number

_____
FAX number