TYPE OF HEARING: **R5-COMP**
CASE NUMBER: **22MJ25**
MAGISTRATE JUDGE: John F. Anderson
DATE: **9/9/22**
TIME: **2PM**
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

**Colby John Kopp**

GOVT. ATTY: **Raemarie Croteau**

DEFT'S ATTY: **Robert Jenkins**

DUTY AFPD: _____

INTERPRETER/LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (X)
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. (X)

**Gov't is seeking detention - granted pending PH/DH**

BOND **Deft remanded.**

NEXT COURT APPEARANCE **9/12/22** TIME **2PM**
**PH/DH - IDD**

**3 min.**