AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| United States of America | ) | |
| v. | ) | Case No. 1:22-MJ-25 |
| | ) | |
| COLBY JOHN KOPP | ) | **UNDER SEAL** |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* COLBY JOHN KOPP,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute at least 40 grams of fentanyl, in violation of 21 USC 841(a)(1) and 846

Date: 02/10/2022

City and state: Alexandria, Virginia

John F. Anderson
Digitally signed by John F. Anderson
Date: 2022.02.10 15:47:36 -05'00'
*Issuing officer's signature*

The Honorable John F. Anderson, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/15/22, and the person was arrested on *(date)* 9/9/22
at *(city and state)* Alexandria, Virginia.

Date: 9/9/22

Jason Winston (PUSM)
*Arresting officer's signature*
*Printed name and title*