TYPE OF HEARING:  PH/DH
CASE NUMBER:  1:22-mj-25
MAGISTRATE JUDGE:  Ivan D. Davis
DATE:  9/12/2022
TIME:  2:00 p.m.
DEPUTY CLERK:  Laura Guerra

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

**Colby John Kopp**

Govt Counsel:  Rachel Tucker

Deft Counsel:  Robert Jenkins

Duty AFPD:

Interpreter:

Deft informed of rights, charges, and penalties ( )
Deft informed of rights, and violations ( )
Court to appoint counsel:( ) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny (x)

Gov't adduced evidence and rests. Affidavit admitted into evidence as gov't exhibit number one. Court finds PC. Matter continued for further proceedings before the Grand Jury.

Gov't seeks detention. Deft argues for release with conditions – Granted.  Deft placed on PR bond with conditions.

**NEXT COURT APPEARANCE:**